ACCEPTED
01-15-00003-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/10/2015 10:06:51 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00003-CV

---

COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/10/2015 10:06:51 AM

---

*IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

CHRISTOPHER A. PRINE
Clerk

---

Original Proceeding from *William Howard and Charlene Howard v. Allstate Fire and Casualty Insurance Company and Lisa Graves*; Cause no. 14-DCV-215228; in the 434th District Court, Fort Bend County, Texas

---

**RESPONDENT'S SECOND MOTION TO EXTEND TIME FOR RESPONSE**

---

TO THE HONORABLE COURT OF APPEALS:

Respondents, William Howard and Charlene Howard, file this Second Motion to Extend their time to file a response brief to the Realtor's Petition for Writ of Mandamus. Mr. and Mrs. Howard show the Court as follows:

**I.**

1. Real Parties in Interest timely filed their response on the due date of March 9, 2015 but the filing was rejected because it was two separate filings (i.e., brief and appendix) and should have been one continuous filing. Counsel was notified of the rejection the morning of the 10th. The filing will be properly done on March 10, 2015. Real Parties in Interest respectfully request the Court grant a 1-day extension of the due date to timely file their response.

2. The requested continuance of the response due date is not requested for

1

purposes of delay, harassment or any improper purpose.  It is requested so that justice may be done.

3.      The undersigned attorney and Realtor's counsel did not have an opportunity to confer regarding this motion given the short notice and imminent need to file it.

WHEREFORE, PREMISES CONSIDERED, Respondents, William and Charlene Howard, respectfully request that the Court GRANT the requested relief and reset the due date for a response to the Petition for Mandamus for 1-day beyond the current due date of March 9, 2015 and grant Real Parties in Interest all further relief, to which they may be justly entitled.

Respectfully submitted,


BY:  /s/ *Mario A. Martinez*
Mario A. Martinez
The Law Offices of Mario A. Martinez, PLLC
State Bar No.24013110
23123 Cinco Ranch Blvd., Suite 208
Katy, Texas 77494
281-665-7924
281-665-7929 fax
www.yourtexaslawyer.biz
mario@yourtexaslawyer.biz
COUNSEL FOR RESPONDENTS

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause on this 10th day of MARCH, 2015 pursuant to the Texas Rules of Civil Procedure and Texas Rules of Appellate Procedure.


/s/ *Mario A. Martinez*
Mario A. Martinez